ORIGINAL

1  Thomas R. Malcolm (State Bar No. 039248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California 92614
   Telephone: (949) 851-3939
5  Facsimile: (949) 553-7539

6  Attorneys for Plaintiffs
   5TH AVENUE PARTNERS, LLC, STEVE
7  REBEIL, AND TOM BENJAMIN

FILED
08 JAN 22 PM 2:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TAXED

8              THE UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
11  5TH AVENUE PARTNERS, LLC, a        CASE NO. 08 CV 0118 BTM BLM
    California Limited Liability Company,
12  STEVE REBEIL, an individual,        NOTICE OF INTERESTED
    TOM BENJAMIN, an individual,        PARTIES
13
                 Plaintiffs,            DEMAND FOR JURY TRIAL
14
         v.
15
    THE SETAI GROUP, LLC, a New
16  York Limited Liability Company,
    JONATHAN BREENE, an individual,
17  JOHN CONROY, an individual, and
    DOES 1-10,
18
                 Defendants.

LAI-2926692v1

1 | The undersigned, counsel of record for Plaintiffs 5th Avenue Partners, LLC, Steve Rebeil, and Tom Benjamin, certifies that the following listed parties have a direct pecuniary interest in the outcome of the above-captioned action:

5th Avenue Partners, LLC

Steve Rebeil

Tom Benjamin

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 22, 2008

Respectfully submitted,

JONES DAY

By: *(signature)*
Thomas R. Malcolm

Attorneys for Plaintiffs
5TH AVENUE PARTNERS, LLC,
STEVE REBEIL, AND TOM
BENJAMIN

LAI-2926692v1

2

**NOTICE OF INTERESTED PARTIES**