ORIGINAL

FILED
08 JAN 22 PM 2:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

TAXED

1  Thomas R. Malcolm (State Bar No. 039248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California  92614
   Telephone:  (949) 851-3939
5  Facsimile:   (949) 553-7539

6  Attorneys for Plaintiffs
   5TH AVENUE PARTNERS, LLC, STEVE
7  REBEIL, AND TOM BENJAMIN

8            THE UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 5TH AVENUE PARTNERS, LLC, a         CASE NO. 08 CV 0118 BTM BLM
   California Limited Liability Company,
12 STEVE REBEIL, an individual,        NOTICE OF INTERESTED
   TOM BENJAMIN, an individual,        PARTIES
13
                Plaintiffs,            DEMAND FOR JURY TRIAL
14
        v.
15
   THE SETAI GROUP, LLC, a New
16 York Limited Liability Company,
   JONATHAN BREENE, an individual,
17 JOHN CONROY, an individual, and
   DOES 1-10,
18
                Defendants.

LAI-2926692v1

1   The undersigned, counsel of record for Plaintiffs 5th Avenue Partners, LLC,
2   Steve Rebeil, and Tom Benjamin, certifies that the following listed parties have a
3   direct pecuniary interest in the outcome of the above-captioned action:

4                   5th Avenue Partners, LLC
5                   Steve Rebeil
6                   Tom Benjamin

7   These representations are made to enable the Court to evaluate possible
8   disqualification or recusal.

9
10  Dated: January 22, 2008              Respectfully submitted,

11
12                                            JONES DAY
13
14                                            By: _____
                                                Thomas R. Malcolm
15
16                                            Attorneys for Plaintiffs
                                          5TH AVENUE PARTNERS, LLC,
17                                            STEVE REBEIL, AND TOM
                                          BENJAMIN
18
19
20
21
22
23
24
25
26
27
28

LAI-2926692v1
                                               2
                              **NOTICE OF INTERESTED PARTIES**