Summons in a Civil Action (Rev 11/97)

FILED
08 JAN 22 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

5TH AVENUE PARTNERS, LLC, a California
Limited Liability Company, STEVE REBEIL, an
individual, TOM BENJAMIN, an individual,

vs

THE SETAI GROUP, LLC, a New York Limited
Liability Company, JONATHAN BREENE, an
individual, JOHN CONROY, an individual,
and DOES 1-10,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0118 BTM BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John A. Vogt, Esq.       (949) 851-3939 Telephone
Jones Day                (949) 553-7538 Facsimile
3 Park Plaza, Suite 1100
Irvine, CA  92614

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 2 2 2008

W. Samuel Hamrick, Jr.
CLERK                                              DATE

By _____J. HARRIS_____, Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)