# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, ET. AL., <br><br>           Plaintiff, <br> vs. <br> THE SETAI GROUP, LLC, ET. AL., <br><br>           Defendant. | CASE NO. 08CV0118 BTM (BLM) <br><br> ORDER TO SHOW CAUSE |

Plaintiff filed this action asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the action is between citizens of different states. Specifically, although Plaintiff alleges that defendant The Setai Group is incorporated under the laws of New York, Plaintiff does not allege where The Setai Group's principal place of business is located. Therefore, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. The parties shall file written responses to this OSC on or before February 8, 2008. The Court sets the OSC for hearing on **February 29, 2008 at 11 a.m.** There shall be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

DATED: January 24, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge