1  Thomas R. Malcolm (State Bar No. 039248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, California 92614
   Telephone: (949) 851-3939
5  Facsimile: (949) 553-7539

6  Attorneys for Plaintiffs
   5TH AVENUE PARTNERS, LLC, STEVE
7  REBEIL, AND TOM BENJAMIN

8              THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 5TH AVENUE PARTNERS, LLC, a
   California Limited Liability Company,      CASE NO. 08CV0118 BTM (BLM)
12 STEVE REBEIL, an individual,
   TOM BENJAMIN, an individual,               PLAINTIFFS' RESPONSE TO
13                                             ORDER TO SHOW CAUSE
                Plaintiffs,
14                                             DEMAND FOR JURY TRIAL
        v.
15
   THE SETAI GROUP, LLC, a New
16 York Limited Liability Company,
   JONATHAN BREENE, an individual,
17 JOHN CONROY, an individual, and
   DOES 1-10,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

LAI-2927482v1

Plaintiffs, 5th Avenue Partners, LLC, Steve Reibel, and Tom Benjamin (collectively, "Plaintiffs") file this Response to the Court's January 24, 2008 Order to Show Cause ("Order"). In the Order, the Court states that, "[u]pon review of the complaint, it is unclear whether the action is between citizens of different states. Specifically, although Plaintiff alleges that defendant The Setai Group is incorporated under the laws of New York, Plaintiff does not allege where The Setai Group's principal place of business is located."

On January 25, 2008, Plaintiffs filed their First Amended Complaint ("FAC") in this matter. In paragraph 7, Plaintiffs specifically allege: "Setai is a Limited Liability Company formed under the laws of the State of New York, and has its principal place of business at The Chrysler Building, 405 Lexington Avenue, 54th Floor, New York, New York 10174." (FAC, ¶ 7.) Plaintiffs request that the Court take judicial notice of the FAC. The omission of the "principal place of business" of defendant The Setai Group, LLC from the original complaint was an oversight.

Dated: January 25, 2008

Respectfully submitted,

JONES DAY

By: _____
Thomas R. Malcolm

Attorneys for Plaintiffs
5TH AVENUE PARTNERS, LLC,
STEVE REBEIL, AND TOM
BENJAMIN

LAI-2927482v1

2