| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS R. MALCOLM, ESQ., Bar #39248<br>JONES DAY<br>3 PARK PLAZA<br>SUITE 1100<br>IRVINE, CA 92614<br>*Telephone No:* 949-851-3939   *FAX No:* 949-553-7539 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* 5TH AVENUE PARTNERS, LLC, ETC., ET AL.
*Defendant:* THE SETAI GROUP, LLC, ETC., ET AL.

| PROOF OF SERVICE<br>HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0118 BTM (BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the WAIVER OF SERVICE OF SUMMONS; PLAINTIFFS' RESPONSES TO ORDER TO SHOW CAUSE; FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY AND INJUNCTION RELIEF

3. a. Party served:           GIRARDI & KEESE
   b. Person served:          LYNN LEPORE, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   1126 WILSHIRE BLVD.
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Jan. 25, 2008 at: 3:24PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
                                          LYNN LEPORE, AUTHORIZED TO ACCEPT SERVICE.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SCOTT AMUNDSON                                               d. *The Fee for Service was:*
                                                                    e. I am: Not a Registered California Process Server

   First Legal Support Services sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jan. 28, 2008

   Judicial Council Form              PROOF OF SERVICE                (SCOTT AMUNDSON)
   Rule 982.9.(a)&(b) Rev January 1, 2007   HAND DELIVERY              *4005438.thomal.109956*