1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  Corbett H. Williams (State Bar No. 246458)
   chwilliams@jonesday.com
4  JONES DAY
   3 Park Plaza
5  Suite 1100
   Irvine, California 92614
6  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
7
   Attorneys for Plaintiffs
8  5TH AVENUE PARTNERS, LLC, STEVE
   REBEIL, AND TOM BENJAMIN
9

10              UNITED STATES DISTRICT COURT

11             SOUTHERN DISTRICT OF CALIFORNIA

12

| 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, TOM BENJAMIN, an individual, | Case No. 08CV0118 BTM (BLM) |
|---|---|
| | **PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL CORBETT H. WILLIAMS, ESQ.** |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| v. | |
| THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10, | |
| Defendants. | |

LAI-2928139v1

PLAINTIFFS' NOTICE OF APPEARANCE
OF COUNSEL CORBETT H. WILLIAMS

**PLEASE TAKE NOTICE** that the following counsel will hereby appear in this matter as counsel on behalf of plaintiffs 5th Avenue Partners, LLC, Steve Rebeil, and Tom Benjamin, and hereby requests that all notices and papers filed or served in this matter be served on counsel at the following address:

> Corbett H. Williams, Esq.
> chwilliams@jonesday.com
> JONES DAY
> 3 Park Plaza, Suite 1100
> Irvine, California 92614
> Telephone: (949) 851-3939
> Facsimile: (949) 553-7539

**All such notices and papers served on Mr. Williams will be in addition to those served on Thomas R. Malcolm and John A. Vogt, who continue to represent Plaintiffs in this matter.**

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated: February 15, 2008

JONES DAY

By: _____
Thomas R. Malcolm

Attorneys for Plaintiffs
5TH AVENUE PARTNERS, LLC,
STEVE REBEIL, AND TOM
BENJAMIN