1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  Corbett H. Williams (State Bar No. 246458)
   chwilliams@jonesday.com
4  JONES DAY
   3 Park Plaza
5  Suite 1100
   Irvine, California  92614
6  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
7
   Attorneys for Plaintiffs
8  5TH AVENUE PARTNERS, LLC, STEVE
   REBEIL, AND TOM BENJAMIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, TOM BENJAMIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10, <br><br> Defendants. | Case No. 08CV0118 BTM (BLM) <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN M. SILVER, ESQ.** <br><br> **DEMAND FOR JURY TRIAL** |
|---|---|

LAI-2928128v1

PLAINTIFFS' NOTICE OF WITHDRAWAL
OF COUNSEL STEPHEN M. SILVER

**PLEASE TAKE NOTICE** that Stephen M. Silver, Esq., who has left the firm, Jones Day, hereby withdraws as Counsel of Record for plaintiffs 5th Avenue Partners, LLC, Steve Rebeil, and Tom Benjamin.

Dated: February 15, 2008

Respectfully submitted,

Jones Day

By: *[signature]*
Thomas R. Malcolm

Counsel for Plaintiffs
5TH AVENUE PARTNERS, LLC,
STEVE REBEIL, AND TOM
BENJAMIN