```
 1  Thomas R. Malcolm (State Bar No. 39248)
    trmalcolm@jonesday.com
 2  John A. Vogt (State Bar No. 198677)
    javogt@jonesday.com
 3  Corbett H. Williams (State Bar No. 246458)
    chwilliams@jonesday.com
 4  JONES DAY
    3 Park Plaza
 5  Suite 1100
    Irvine, California 92614
 6  Telephone:  (949) 851-3939
    Facsimile:  (949) 553-7539
 7
    Attorneys for Plaintiffs
 8  5TH AVENUE PARTNERS, LLC, STEVE
    REBEIL, AND TOM BENJAMIN
 9
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, TOM BENJAMIN, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10,<br><br>    Defendants. | Case No. 08CV0118 BTM (BLM)<br><br>**PROOF OF SERVICE**<br><br>**DEMAND FOR JURY TRIAL** |

LAI-2928139v1

PLAINTIFFS' NOTICE OF APPEARANCE
OF COUNSEL CORBETT H. WILLIAMS

*5TH Avenue Partners v. The Setai Group*
U.S.D.C. Central District, Case No. CV07-7576-PA(CWx)

I, Toni Kay Sutton, declare:

I am a citizen of the United States and employed in Orange, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On February 15, 2008, I served a copy of the within document(s):

1. **WAIVER OF SERVICE OF SUMMONS OF DEFENDANTS JONATHAN BREENE AND JOHN CONROY**
2. **PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL CORBETT H. WILLIAMS, ESQ.**
3. **PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN M. SILVER, ESQ.**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Thomas V. Girardi
Graham B. Lippsmith
Girardi and Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

tgirardi@girardikeese.com
gsmith@girardikeese.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 15, 2008, at Irvine, California.

Toni Kay Sutton

LAI-2928139v1

- 2 -

PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN M. SILVER