# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, ET. AL., <br><br> Plaintiff, <br> vs. <br> THE SETAI GROUP, LLC, ET. AL. , <br><br> Defendant. | CASE NO. 08CV0118 BTM (BLM) <br><br> ORDER RE: OSC |

On January 24, 2008, the Court issued an Order to Show Cause ("OSC") why this case should not be remanded for lack of jurisdiction.  Specifically, the Court noted that although Defendants assert that the Court has diversity jurisdiction over this action under 28 U.S.C. § 1332,  it is unclear whether the action is between citizens of different states.   In response, Plaintiffs have amended their complaint to demonstrating that the Plaintiffs and Defendants are citizens of different states. Accordingly, the Court is satisfied that diversity jurisdiction exists, and this case shall not be remanded at this time.

DATED: March 3, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge