GIRARDI & KEESE
THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
NICHOLAS M. HUTCHINSON, State Bar No. 221870
nhutchinson@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211 (Telephone) - (213) 481-1554 (Facsimile)

KEEGAN & BAKER, LLP
PATRICK N. KEEGAN, State Bar No.
pkeegan@keeganbaker.com
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
(858) 552-6750 (Telephone) - (858) 552-6749 (Facsimile)

Attorneys for Defendants THE SETAI GROUP LLC, JONATHAN BREENE and JOHN CONROY

## UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE SETAI GROUP, LLC, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 08-CV0118-BTM (BLM)<br><br>The Honorable Barry Ted Moskowitz<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY CASE OR TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; SUPPLEMENTAL DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT THEREOF**<br><br>Date:  May 9, 2008<br>Time:  11:00 a.m.<br>Dept.:  15<br><u>No oral argument unless requested by Court</u> |

## SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS

### I. THE COURT SHOULD DISMISS OR TRANSFER THIS CASE BECAUSE THE SOUTHERN DISTRICT OF FLORIDA COURT DENIED 5TH AVE.'S MOTION TO DISMISS THE FLORIDA CASE

At the time the Setai Group, LLC, Jonathan Breene and John Conroy (collectively, "SETAI") filed their motion to dismiss, the Court in the Southern District of Florida had not yet ruled on 5th Avenue Partners, LLC, Steve Rebeil and Tom Benjamin (collectively "5th AVE") motion to dismiss *Setai Group, LLC v. 5th Avenue Partners, LLC*, Case No. 07-22948-CIV-KING/GARBER in the Southern District of Florida ("Florida Case") filed on November 14, 2007. However, on April 1, 2008, the Southern District of Florida denied 5TH AVE.'s motion to dismiss, finding as follows:

- "The Court finds that there are sufficient minimum contacts established to satisfy the low [*sic*] arm statutes of Florida pursuant to F.S. 48.193(1)(b)(g)" and
- "The Court finds that it has Personal Jurisdiction and that Venue is proper."

Supplemental Declaration of Graham B. LippSmith, Exhibits 1-2.

Since the Southern District of Florida has found that personal jurisdiction and venue are proper over the Florida Case that SETAI filed first on November 14, 2007—months before 5TH AVE. filed this overlapping case—this Court should dismiss the California Case or, in the alternative, transfer the California Case to the Southern District of Florida under the "well-established" first-filed rule. *United States Fire Ins. Co. v. Goodyear Tire & Rubber Co.*, 920 F.2d 487, 488 (8th Cir. 1990); *Apollo Enter. Solutions, LLC v. Debt Resolve, Inc.*, 2007 U.S. Dist. LEXIS 42910, *3-4 (C.D. Cal. 2007).

DATED: April 4, 2008

KEEGAN & BAKER, LLP
GIRARDI | KEESE

By:  s/   Patrick N. Keegan
PATRICK N. KEEGAN
THOMAS V. GIRARDI
Attorneys for Defendants

1

SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STAY CASE OR TRANSFER CASE TO SOUTHERN DISTRICT OF FLORIDA

# DECLARATION OF GRAHAM B. LIPPSMITH

I, GRAHAM B. LIPPSMITH, declare:

1. I am a member in the law firm of Girardi & Keese. I am an attorney for the SETAI Defendants licensed to practice in the State of California and admitted to practice before this Court. I make this declaration in support of Defendants' Supplemental Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, to Stay Case or Transfer Case to the United States District Court for the Southern District of Florida filed herewith. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify accurately to their veracity.

2. I attached hereto as Exhibit 1 a true and correct copy of the Southern District of Florida's April 1, 2008 Civil Minutes on 5TH AVE.'s motion to dismiss in *Setai Group, LLC v. 5th Avenue Partners, LLC*, Case No. 07-22948-CIV-KING/GARBER.

3. I attached hereto as Exhibit 2 a true and correct copy of the Southern District of Florida's April 1, 2008 Order Denying Motions to Dismiss, Granting Preliminary Injunction Hearing, Etc. on 5TH AVE.'s motion to dismiss in *Setai Group, LLC v. 5th Avenue Partners, LLC*, Case No. 07-22948-CIV-KING/GARBER.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2008 in Los Angeles, California.


GRAHAM B. LIPPSMITH

2

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STAY CASE OR TRANSFER CASE TO SOUTHERN DISTRICT OF FLORIDA**

EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

SETAI GROUP, LLC                           Case No. 07-22948-CIV-KING

                                           Date       April 1, 2008
vs.

5TH AVENUE PARTNERS, ET AL.                JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Dawn Whitmarsh

TYPE OF PROCEEDING:

Scheduling Conference ___           Status Conference ___
Pre-Trial Conference  ___           Motion Hearing  X

Counsel for Plaintiff: Herman Russomanno, Esq., Robert Burello, Esq., Richard Burton, Esq.

Counsel for Defendant: Thomas R. Malcolm, Esq. Annette Escobar, Esq., Ava Porrasso, Esq.

Motion:   **DEFENDANTS' MOTION TO DISMISS**

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____

PRE-TRIAL MOTIONS FILED BY: _____

PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS: 3 DAYS
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO: _____

RULE 16 SCHEDULING CONFERENCE CONTINUED TO: _____
- Oral Argument on Defendants' Motion to Dismiss Held.
- The issues raised are:
1. Personal Jurisdiction
2. Improper Venue pursuant to 1391
- The defendants requests that the Court transfer to California or Dismiss this case.
- The Court finds that there are sufficient minimum contacts established to satisfy the low arm statues of Florida pursuant to F.S.48.193(1)(b)(g)

Page 1 of 2

- The Court finds that it has Personal Jurisdiction and that Venue is proper.
- The Defendants' Motions is **DENIED**
- The Court finds that the parties shall file their answers to the Amended Complaint within 15 days
- Preliminary Injunction Hearing to be set 45 to 60 days hence.

TIME START: 9:30 AM
END TIME: 10:45 AM

EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22948-CIV-KING

SETAI GROUP, LLC,

    Plaintiff,

v.

5TH AVENUE PARTNERS, LLC,
STEVEN REBEIL, THOMAS BENJAMIN,
TARA SOLOMON, INC. d/b/a TARA, INK,
YAMI ALVARADO, ELLIOTT STARES,
and NICK D/ANNUNZIO,

    Defendants.

_____/

## ORDER DENYING MOTIONS TO DISMISS, GRANTING PRELIMINARY INJUNCTION HEARING, ETC.

Counsel for the parties orally argued, on April 1, 2008 defense motions to dismiss (D.E. Nos. 3, 16, 33, 37, 39 and 65). At the conclusion of the hearing, the defense motions were denied, for the reasons stated in open court on the record and the Defendants were directed to answer the Amended Complaint within 15 days. Additionally, Plaintiff's Motion for an Expedited Hearing on their Emergency Motion for Preliminary Injunction (D.E. Nos. 42 and 43), as well as miscellaneous motions for extensions of time for replies and responses to the foregoing motions were also entered of record and appear on the docket sheet. The Court announced that it would schedule, by separate Order, a hearing upon Plaintiff's Motion for Preliminary Injunction within 45 to 60 days. Counsel agreed that they would require 45 days to get ready for such preliminary evidentiary hearing, estimated to require three days of trial time. By the

Court's action in announcing its intention to schedule this matter for preliminary injunction hearing, these motions were rendered moot. It is therefore,

ORDERED, ADJUDGED and DECREED (as set forth in the preceding paragraph) that the defense motions to dismiss the Complaint and the Amended Complaint be, and the same are hereby DENIED with Defendants instructed to file their Answers within 15 days. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff's application for preliminary injunction will be set on the Court's two-week calendar of June 23, 2008, by separate Order of Court, and that all other motions for extensions of time, expedited hearing, etc. are DENIED AS MOOT.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 1st day of April, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

*Counsel for Plaintiff:*
Herman J. Russomanno, Esq.
Robert Borello, Esq.
RUSSOMANNO & BORELLO
150 West Flagler Street
Museum Tower
Penthouse 2800
Miami, FL 33130

Peter J. Solnick, Esq.
PETER J. SOLNICK, P.A.
1634 Island Way
Weston, FL 33326

Richard J. Burton, Esq.
The Burton Firm
2999 N.E. 191st Street
Suite 805
Miami, FL 33180

*Counsel for Defendants*
  *5th Avenue Partners, LLC, Steven Rebeil, and Thomas Benjamin:*
Jeffrey B. Crockett, Esq.
David J. Zack, Esq.
Kendall Coffey, Esq.
Coffey Burlington
2699 South Bayshore Drive
Penthouse
Miami, FL 33133

John A. Vogt, Esq.
Thomas R. Malcolm, Esq.
Jones Day
3 Park Plaza
Suite 1100
Irvine, CA 92614

*Counsel for Defendants*
  *Tara Solomon, Inc. and Yami Alvarado:*
Edward M. Mullins, Esq.
Ava J. Borrasso, Esq.
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue
16th Floor
Miami, FL 33131-2847

*Defendant:*
Elliot Stares
1666 Kennedy Causeway
Suite 703
Miami Beach, FL 33141

*Defendant:*
Nick D'Annunzio
1666 Kennedy Causeway
Suite 703
Miami Beach, FL 33141

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017.

I served the foregoing document described as:

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY CASE OR TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; SUPPLEMENTAL DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT THEREOF**

on interested parties in this action on the following dates by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

John Vogt
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California  92614-2592

[x]     (BY ELECTRONIC SERVICE ON APRIL 4, 2008)

[x]     (BY MAIL ON APRIL 4, 2008)

[x]     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x]     (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 4, 2008 at Los Angeles, California.

s/     Graham B. LippSmith
GRAHAM B. LIPPSMITH