GIRARDI & KEESE
THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211 (Telephone) - (213) 481-1554 (Facsimile)

KEEGAN & BAKER, LLP
PATRICK N. KEEGAN, State Bar No.
pkeegan@keeganbaker.com
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
(858) 552-6750 (Telephone) - (858) 552-6749 (Facsimile)

Attorneys for Defendants THE SETAI GROUP LLC, JONATHAN BREENE and JOHN CONROY

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE SETAI GROUP, LLC, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10, <br><br> Defendants. | Case No. 08-CV0118-BTM (BLM) <br><br> The Honorable Barry Ted Moskowitz <br><br><br> **NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Graham B. LippSmith of Girardi | Keese, 1126 Wilshire Blvd., Los Angeles, CA, ph: (213) 977-0211, f: (213) 481-1554 and email: glippsmith@girardikeese.com, hereby enters his appearance as an attorney of record for Defendants The Setai Group LLC, Jonathan Breene and John Conroy.

Dated: April 22, 2008                               **GIRARDI | KEESE**

                                     By:    s/   Graham B. LippSmith
                                                   GRAHAM B. LIPPSMITH
                                                   Counsel for Defendants

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017.

I served the foregoing document described as: **NOTICE OF APPEARANCE** on interested parties in this action on the following dates by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

John Vogt<br>
JONES DAY<br>
3 Park Plaza, Suite 1100<br>
Irvine, California  92614-2592

☑ (BY ELECTRONIC SERVICE)

☐ (BY MAIL)

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2008 at Los Angeles, California.

s/    Shari Schabath<br>
SHARI SCHABATH