# TABLE OF CONTENTS

| EXHIBIT | PAGE NO. |
|---|---|
| Exhibit A | 17 |
| Exhibit B | 56 |
| Exhibit C | 60 |