# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22948-CIV-KING

SETAI GROUP, LLC,

    Plaintiff,

v.

5TH AVENUE PARTNERS, LLC,
STEVEN REBEIL, THOMAS BENJAMIN,
TARA SOLOMON, INC. d/b/a TARA, INK,
YAMI ALVARADO, ELLIOTT STARES,
and NICK D'ANNUNZIO,

    Defendants.
_____/

**ORDER SETTING TRIAL**
(TWO-WEEK CALENDAR)

IT IS ORDERED and ADJUDGED that this case is hereby set for **trial** on the two-week trial calendar commencing **Monday, June 23, 2008 at 9:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom 2, Miami, Florida.

**CALENDAR CALL**

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the court hereby schedules a **calendar call** for **Thursday, June 19, 2008, at 2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom 2, Miami, Florida. All Defendants (criminal cases only), whether in pre-trial custody or released on bond, must be present for this calendar call.

Under existing policies and agreements between the state and federal courts of

Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

Any private agreement, suggested or proposed Rule 16 scheduling conference agreements between counsel, Rule 16 scheduling order or orders of the court attempting to set dates or deadlines contrary to this order are hereby stricken and declared void.

> **JUNE 16, 2008: DEADLINE FOR FILING PRE-TRIAL STIPULATION.** The pre-trial stipulation must be filed with the Clerk of Court. A courtesy copy of the pre-trial stipulation shall be provided to chambers and chambers notified at (305) 523-5105 of any settlement between the parties by 4:30 p.m. on this date.
>
> One attorney from each party having authority to enter into stipulations and make admissions, shall meet to prepare and file the final pre-trial stipulation.
>
> The attorneys must stipulate to a "Statement of the Case," as required by the local rules of court. It will be unacceptable, and the pre-trial stipulation is subject to rejection by the court for the attorneys to draft separate Statements of the Case (i.e., one for the plaintiff, one for the defendant). A unilateral statement of the case by one party is not a stipulation of facts as contemplated by the Rules. This is not the place for

EXHIBIT B PAGE 57

counsel to make opening statements or closing arguments for their clients. It is a joint stipulation of what the case is about.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 1st day of April, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

*Counsel for Plaintiff:*
Herman J. Russomanno, Esq.
Robert Borello, Esq.
RUSSOMANNO & BORELLO
150 West Flagler Street
Museum Tower
Penthouse 2800
Miami, FL 33130

Peter J. Solnick, Esq.
PETER J. SOLNICK, P.A.
1634 Island Way
Weston, FL 33326

Richard J. Burton, Esq.
The Burton Firm
2999 N.E. 191st Street
Suite 805
Miami, FL 33180

EXHIBIT B PAGE 58

*Counsel for Defendants*
*5th Avenue Partners, LLC, Steven Rebeil, and Thomas Benjamin:*
Jeffrey B. Crockett, Esq.
David J. Zack, Esq.
Kendall Coffey, Esq.
Coffey Burlington
2699 South Bayshore Drive
Penthouse
Miami, FL 33133

John A. Vogt, Esq.
Thomas R. Malcolm, Esq.
Jones Day
3 Park Plaza
Suite 1100
Irvine, CA 92614

*Counsel for Defendants*
*Tara Solomon, Inc. and Yami Alvarado:*
Edward M. Mullins, Esq.
Ava J. Borrasso, Esq.
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue
16th Floor
Miami, FL 33131-2847

*Defendant:*
Elliot Stares
1666 Kennedy Causeway
Suite 703
Miami Beach, FL 33141

*Defendant:*
Nick D'Annunzio
1666 Kennedy Causeway
Suite 703
Miami Beach, FL 33141

EXHIBIT B PAGE 59