1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  Corbett H. Williams (State Bar No. 246458)
   chwilliams@jonesday.com
4  JONES DAY
   3 Park Plaza
5  Suite 1100
   Irvine, CA  92614
6  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
7
   Attorneys for Plaintiffs
8  5TH AVENUE PARTNERS, LLC, STEVE REBEIL,
   AND TOM BENJAMIN
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 08-CV0118-BTM (BLM)<br><br>Assigned for all purposes to:<br>Judge Barry Ted Moskowitz<br><br>**DECLARATION OF CORBETT H. WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA** |
|---|---|

23     I, Corbett H. Williams, declare and state as follows:

24     1.     I am an associate with the firm of Jones Day, counsel of record for 5th Avenue

25  Partners, LLC, Steven Rebeil, and Thomas Benjamin ("the Fifth Avenue Defendants") in the

26  above captioned action.  I make this Declaration in support of the Plaintiffs' Opposition to

27  Defendants' Motion to Dismiss the First Amended Complaint for Improper Venue or, in the

28  Alternative, to Stay or Transfer the Case to the United States District Court for the Southern

LAI-2944970v1

- 1 -

08cv0118

District of Florida ("the Opposition"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify regarding such matters.

    2.     Attached as Exhibit "A" to the Opposition is a true and correct copy of the court reporter's transcript taken at the hearing held on April 1, 2008 before the Honorable James Lawrence King of the United States District Court for the Southern District of Florida in the matter of *Setai Group, LLC v. 5th Avenue Partners, LLC et al.*, Case No. 07-22948 CIV-KING ("the Florida Action").

    3.     Attached as Exhibit "B" to the Opposition is a true and correct copy of the Order Setting Trial issued by Judge King in the Florida Action on April 1, 2008, setting the evidentiary hearing for preliminary injunction in that matter for June 23, 2008.

    4.     Attached as Exhibit "C" to the Opposition is a true and correct copy of e-mail correspondence dated April 10, 2008 between counsel for the parties in which counsel for defendants declines to stipulate to a temporary stay of the above captioned matter pending the outcome of the evidentiary hearing scheduled for June 23, 2008.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

                                                 /s/ Corbett H. Williams
                                                   Corbett H. Williams

Executed on April 25, 2008