1
2

## TABLE OF CONTENTS

| EXHIBIT | PAGE NO. |
|---|---|
| Exhibit 1 | 7 |
| Exhibit 2 | 18 |
| Exhibit 3 | 21 |
| Exhibit 4 | 26 |
| Exhibit 5 | 27 |
| Exhibit 6 | 28 |
| Exhibit 7 | 29 |
| Exhibit 8 | 31 |
| Exhibit 9 | 34 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28