# EXHIBIT 2

# THE SETAI GROUP

Craig A. Waterman
1139 E Point Washington
Santa Rosa Beach, FL 32459

Dear Craig,

Congratulations and welcome to the **Setai West, LLC**. It is with pleasure that I confirm our offer of the positions of **General Manger/Managing Director** for the **Setai West, LLC** in San Diego. As part of the **Setai Hotels & Resorts**, The **Setai West, LLC** San Diego is positioned to be the preeminent hotel in San Diego and we are confident your contributions will greatly add to the achievement of this goal. We feel that your background and particular experience will be an asset to our organization. Our purpose herein is to confirm our offer to you and to outline to you the more important issues related to this assignment. This offer is contingent upon successfully passing our pre-screening policy, which includes a pre-employment drug screen, criminal and credit report. These exams are at our expense and should be performed before or on the day you will report to work.

The following compensation package represents our final discussions:

   **Title:** General Manager/Managing Director, reporting directly to the **President/CEO** of Setai Hotels & Resorts

   **Salary:** Your initial base salary will be **$170,000** on an annual basis and will be subject to the appropriate withholdings for FICA, Federal taxes and Medicare.

   Performance Bonus: As a member of the Executive Committee, a maximum bonus of up to 30% of base salary, calculated on the performance criteria to be developed by **President/CEO**.

   Annual Salary and Performance Review: conducted by **President/CEO** on or before your anniversary date, which shall be October 1, 2008.

   Medical: As an employee of The Setai West, LLC and as a member of the Executive Committee you will be entitled to fully company paid medical, dental, vision, life insurance at 1 times your annual salary, short term and long term disability benefits. These programs and other company benefits along with guidelines concerning employment will be provided to you. Cobra will be paid until you are accepted on the company medical policy.

   Paid Time Off: Up to 25 days of paid time off per year. Employee will begin accruing PTO on their first day of employment with The PTO is an all purpose time off benefit for eligible employees after the completion of 90 days of continuous service.

Holidays: There are 8 recognized paid holidays: New Years Day, Easter, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Christmas Day and Birthday

Complimentary dry cleaning to be included

Complimentary parking to be included.

Participation in 401K plan if applicable

Relocation Expenses:

    Car rental until vehicle arrives
    Housing up to 1 year apartment or hotel
    Moving expenses – 3 bids
    Storage of any goods for up to 60 days
    Closing cost associated with sale of residence
    Relocation allowance equal to 1 month's salary
    3 days off for move

Commencement Date: On October 1st 2007.

Employment at will:

Your employment with the Setai West, LLC is voluntary, and at will, and you are free to resign your position at any time. In turn, has the right to terminate the employment of any employee for any reason, with or without cause.

Your success in this position will greatly enhance the long term performance of Setai Hotels & Resorts. I am confident the outlined compensation package will reward you for your future contributions. If you have any additional questions, please feel free to contact me. If you agree to the above noted terms, please sign one copy of this letter and the attached release forms and return the original copies to my office by U.S. mail and fax a copy to my attention at (212) 947-8171.

We wish you the very best and welcome you to the Setai Hotels & Resorts.

Warmest regards,

W. Ted Wright
President & Chief Executive Officer
Setai West, LLC

EXHIBIT 2 PAGE 19

This letter is the entire understanding between Craig A. Waterman and the Setai West LLC. I agree and understand that this letter does not constitute a contract of employment. I understand that the Setai West, LLC is an at will employer. Furthermore, I confirm that this letter accurately sets forth the understanding between The Setai West and myself by signing and returning the attached copy. I accept and agree to the terms as outlined.

Accepted and Agreed To:

_____        _9/5/04_
Craig Waterman                          Date

_____        _____
W. Ted Wright                           Date

Cc:   Steve Rebeil
      Tom Benjamin
      Walid Sfeir
      Jonathan J. Breene
      John P. Conroy
      Alex Palazzolo

EXHIBIT 2    PAGE 20