# EXHIBIT 3

Sandra Arbizu
3915 Walton Ave
Los Angeles, CA 90037

Dear Sandra,

Congratulations and welcome to the Setai West Hotel Management, LLC. It is with pleasure that I confirm our offer of the positions of **Human Resource Manager**. The **Setai West Hotel Management, LLC** is positioned to be the preeminent hotel in San Diego and we are confident your contributions will greatly add to the achievement of this goal. We feel that your background and particular experience will be an asset to our organization. Our purpose herein is to confirm our offer to you and to outline to you the more important issues related to this assignment. This offer is contingent upon successfully passing our pre-screening policy, which includes a pre-employment drug screen, criminal and credit report. These exams are at our expense and should be performed before or on the day you will report to work.

The following compensation package represents our final discussions:

**Title: Human Resource Manager**, reporting directly to the **Hotel Manager or General Manager** of Setai West Hotel Management, LLC.

**Salary:** Your initial base salary will be $65,000 on an annual basis and will be subject to the appropriate withholdings for FICA, Federal taxes and Medicare.

**Performance Bonus:** As a member of the Management Team, a maximum bonus of up to 20% of base salary, calculated on the performance criteria to be developed by **General Manger**.

**Annual Salary and Performance Review:** conducted by the **Hotel Manager or General Manager** on or before your anniversary Starting date, this shall be October 15th, 2008.

**Medical:** As an employee of The **Setai West Hotel Management, LLC** and as a member of the management team you will be entitled to participate in a company offered medical, dental, vision, short term and long term disability benefits. These programs and other company benefits along with guidelines concerning employment will be provided to you.

**Paid Time Off:** Employee will begin accruing PTO on their first day of employment with The PTO is an all purpose time off benefit for eligible employees after the completion of 90 days of continuous service.

EXHIBIT 3 PAGE 21

      **Holidays:** There are 8 recognized paid holidays, New Years Day, Easter, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Christmas Day and Birthday.

      Participation in 401K plan if applicable.

      **Relocation Expenses:**
          Housing up to 15 days of starting day
          Moving assistance from Los Angeles to San Diego
          Mileage expense for driving from Los Angeles to San Diego (.485 cents/mile)
          3 days off for move

      **Commencement Date:** On October 15th, 2007.

**Employment at will:**

Your employment with the Setai West Hotel Management, LLC is voluntary, and at will, and you are free to resign your position at any time. In turn, has the right to terminate the employment of any employee for any reason, with or without cause.

Your success in this position will greatly enhance the long term performance of **Setai West Hotel Management, LLC.** I am confident the outlined compensation package will reward you for your future contributions. If you have any additional questions, please feel free to contact me. If you agree to the above noted terms, please sign one copy of this letter and the attached release forms and return the original copies to my office by U.S. mail and fax a copy to my attention at (619) 702-6033.
We wish you the very best and welcome you to the Setai West Hotel Management, LLC

Warmest regards,

*[signature]*

Craig A. Waterman
General Manager/ Managing Director
Setai West Hotel Management, LLC

EXHIBIT 3  PAGE 22

This letter is the entire understanding between Sandra Arbizu and the Setai West Hotel Management, LLC. I agree and understand that this letter does not constitute a contract of employment. I understand that the Setai West Hotel Management, LLC is an at will employer. Furthermore, I confirm that this letter accurately sets forth the understanding between The Setai West Hotel Management, LLC and myself by signing and returning the attached copy, I accept and agree to the terms as outlined.

Accepted and Agreed To:

*[signature: Sandra Arbizu]*    10/15/07
Sandra Arbizu                     Date

*[signature: Craig A. Waterman]*   10/15/07
Craig A. Waterman                 Date

Cc:  Tom Benjamin
     Ted Wright
     Walid Sfeir

EXHIBIT 3  PAGE 23

Grace Duncan
6 Lineau Place, 3rd floor
Jersey City, NJ 07307
Gracie517@hotmail.com

Dear Grace,

Congratulations and welcome to the **Setai West Hotel Management, LLC**. It is with pleasure that I confirm our offer of the positions of **Director of Sales, The Setai West Hotel Management, LLC** is positioned to be the preeminent hotel in San Diego and we are confident your contributions will greatly add to the achievement of this goal. We feel that your background and particular experience will be an asset to our organization. Our purpose herein is to confirm our offer to you and to outline to you the more important issues related to this assignment. This offer is contingent upon successfully passing our pre-screening policy, which includes a pre-employment drug screen, criminal and credit report. These exams are at our expense and should be performed before or on the day you will report to work.

The following compensation package represents our final discussions:

**Title: Director of Sales**, reporting directly to the **General Manager** of Setai West LLC, San Diego

**Salary:** Your initial base salary will be $115,000 on an annual basis and will be subject to the appropriate withholdings for FICA, Federal taxes and Medicare.

**Performance Bonus:** As a member of the Executive Committee, a maximum bonus of up to 30% of base salary, calculated on the performance criteria to be developed by **General Manger..**

**Annual Salary and Performance Review:** conducted by **General Manager** on or before your anniversary Starting date of October 15, 2008.

**Medical:** As an employee of The **Setai West Hotel Management, LLC** and as a member of the Executive Committee you will be entitled to fully company paid medical, dental, vision, life insurance at 1 times your annual salary, short term and long term disability benefits. These programs and other company benefits along with guidelines concerning employment will be provided to you. Cobra will be paid until you are accepted on the company medical policy.

**Paid Time Off:** Up to 20 days of paid time off per year. Employee will begin accruing PTO on their first day of employment with The PTO is an all purpose time off benefit for eligible employees after the completion of 90 days of continuous service.


Craig Waterman
General Manager

EXHIBIT 3  PAGE 24

This letter is the entire understanding between Grace Duncan and the **Setai West Hotel Management, LLC**. I agree and understand that this letter does not constitute a contract of employment. I understand that the **Setai West Hotel Management, LLC** is an at will employer. Furthermore, I confirm that this letter accurately sets forth the understanding between The Setai West, LLC and myself by signing and returning the attached copy, I accept and agree to the terms as outlined.

Accepted and Agreed To:

_____      Date  09/20/07
Grace Duncan

_____      Date  09/20/07
Craig A. Watermann

Cc:  Steve Rebeil
     Tom Benjamin
     Walid Sfeir
     Jonathan J. Breene
     John P. Conroy
     Alex Palazzolo

EXHIBIT 3 PAGE 25