# EXHIBIT 4

**Steve Rebeil**

**From:** Tom Benjamin [tbenjamin@diegan.com]
**Sent:** Monday, September 10, 2007 9:30 AM
**To:** steve@diegan.com
**Subject:** FW: progress report/ San Diego

---

**From:** Walid Sfeir [mailto:wsfeir@setai.com]
**Sent:** Monday, September 10, 2007 8:26 AM
**To:** Ted Wright; tbenjamin@diegan.com; Jonathan Breene
**Cc:** cornelia.zicu@gmail.com
**Subject:** progress report/ San Diego

Dear All,
The following is a progress report for San Diego project:

- Craig Waterman is officially the General Manager, his starting date is October 1st, 2007
- Craig spent the weekend at Setai, we toured the hotel extensively, also he interviewed four candidate managers for various departments:
    1. Peter Ybara, (Front Office Manager) formerly of Setai, Ritz Carlton
    2. Michael Kig, (Assistant Housekeeping Manager) formerly from Setai, Intercontinental
    3. Roy Rajeh, Guest Service Mgr, Formerly of Setai, Towne park at Mandarin Oriental and Shore Club
    4. Paula Sansone, (Geneal Admin)formerly of the Setai and Four Seasons
- Ted will meet in New York with a candidate Grace Duncan ( Sales Director), she is currently with the Morgan Group and worked with the Essex House NY, Hotel Nikko.
- Sandra Arbizu will join us as Human resources Training Manager, She was the training Mgr for the Four Seasons Los Angeles for the past Three years. Saundra will help us with all the HR functions until we finalize the hiring of an HR director.
- Dzeneta Arslanovic is candidate for The Spa Manager, She was the Spa Director of the Shore Club and Now she is a Director of great Spa in Arizona.
- We are in the final stages of finishing the Training Manuals for all departments. We will have all manuals ready by October 1st ready.
- Judy Calkins is a strong candidate for Controller, she need to do a final interview with Ted and Tom.
- Ted, MMaranta, Chef Shaun and myself reviewed the China Grill contract, we have some inputs and concerns.

I will be in San Diego this week, date TBD.

walid

The Setai Group made the following annotations