# EXHIBIT 5

## Steve Rebeil

**From:** Jonathan Breene [jbreene@setai.com]
**Sent:** Tuesday, October 09, 2007 11:40 AM
**To:** steve@diegan.com; tbenjamin@diegan.com
**Cc:** Walid Sfeir; Ted Wright; John Conroy

Guys,

I am leaving NY and had a good meeting with Tui yesterday. He will do the project at his costs for $75,000 ($12,500/mth for 6mths). He would coordinate with Rockwell all of the FF&E/OS&E and the style of the hotel. He was really very excited about the possibility of working on the project and would also love to work on the Beverley Hills project.

We also met with Pace on logos. We are working on getting this out to you guys to review in the next day or so. Pace are making some changes today and we hope to have the revised logo tomorrow.

Please let me know what you want to do with Tui so I can get back to him?

Thanks,

JB



Jonathan Breene
Partner
The Setai Group
The Chrysler Building
405 Lexington Avenue, 54th Floor
New York, NY 10174
Cell Phone: 305-586 3000
Direct Fax: 305-675 5758
Web:  www.setai.com



The Setai Group made the following annotations

*******************************************************************************
"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."
*******************************************************************************

EXHIBIT S PAGE 27

10/10/2007