# EXHIBIT 6

**Steve Rebeil**

**·om:**         Ted Wright [twright@setai.com]
**·nt:**          Tuesday, October 09, 2007 2:15 PM
**To:**          Walid Sfeir; steve@diegan.com; tbenjamin@diegan.com; Jonathan Breene; John Conroy
**Subject:**     RE: PR

Steve

Ian is a special cat. We are not trying to be what the is. After the discussions with E&S
PR team, I support Walid's recommendation on appointing them. We need to announce Craig's
appointment as GM as well as Grace.

Lets move on this ASAP. I know Elizabeth was being polite to Tara but we ant to make as
much "nose" as quickly. We will get a proposal to you.

Regards,
Ted

_____

W. Ted Wright
President & Chief Executive Officer

Setai Hotels & Resorts
The Chrysler Building
405 Lexington Avenue, 54th Floor
New York, NY  10174
212 947-7771  general number
212 947-7747  direct dial
247 420-4170  cell
.2 947-8171  fax
.ww.setai.com

-----Original Message-----
From: Walid Sfeir
Sent: Tuesday, October 09, 2007 3:00 PM
To: 'steve@diegan.com'; 'tbenjamin@diegan.com'; Jonathan Breene; John Conroy; Ted Wright
Subject: PR

About the PR, I know Schrager PR is very good and he gets the most out of it. The
ingredient of success is not only the PR company is HOW and WHO drive them. Schrager is so
much involved with any PR he had and have now (including H and S) I advise that we go with
Harrison and Shiffman since we spent so much time to get to know each other and they
understand our need.
We believe they will serve us better since we have a great relationship with them.

Any direction we would take should fast.
Thanks


The Setai Group made the following annotations

*************************************************************************
"This message and any attachments are solely for the intended recipient and may contain
confidential or privileged information. If you are not the intended recipient, any
disclosure, copying, use, or distribution of the information included in this message and
ny attachments is prohibited.  If you have received this communication in error, please
>tify us by reply e-mail and immediately and  permanently delete this  message and any
attachments.  Thank you."
*************************************************************************

EXHIBIT 6 PAGE 28