# EXHIBIT 7

## Steve Rebeil

**From:** Ted Wright [twright@setai.com]
**Sent:** Wednesday, October 10, 2007 11:38 AM
**To:** gibadlo@aol.com
**Cc:** steve@diegan.com
**Subject:** RE: Conceptual drawing for San Diego

Greg

Steve Rebeil, the developer of our San Diego property and a very dynamic guy is interested in learning more. Could you give him a call at 949 717 2800.

Steve knows his way around the area very well and has said he would like to know more. Please give me a call as well.

Regards,
Ted

---

W. Ted Wright
President & Chief Executive Officer

Setai Hotels & Resorts
The Chrysler Building
405 Lexington Avenue, 54th Floor
New York, NY 10174
212 947-7771 general number
212 947-7747 direct dial
347 420-4170 cell
212 947-8171 fax
www.setai.com

---

**From:** gibadlo@aol.com [mailto:gibadlo@aol.com]
**Sent:** Tuesday, October 09, 2007 10:34 AM
**To:** Ted Wright
**Subject:** Fwd: Conceptual drawing for San Diego

Ted,

When you have a moment you might find the conceptual design of the Coronado project interesting. The concept is very "hip" and fits the Setai look.

I hope to talk with you soon and catch up on various items.

Best Regards,

Greg

-----Original Message-----
From: DWDrez@aol.com
To: GIBADLO@aol.com

EXHIBIT 7 PAGE 29

10/10/2007

Sent: Mon, 8 Oct 2007 3:31 pm
Subject: Conceptual drawing for San Diego

This is their idea of what to do with the site.
I just sent it to Ted.
Are you going up to Bellaire any time soon? Are you still working with them?
Regards, Dieter


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
See what's new at http://www.aol.com

Email and AIM finally together. You've gotta check out free AOL Mail!


The Setai Group made the following annotations

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10/10/2007

EXHIBIT 7 PAGE 30