1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javoigt@jonesday.com
3  Corbett H. Williams (State Bar No. 246458)
   chwilliams@jonesday.com
4  JONES DAY
   3 Park Plaza
5  Suite 1100
   Irvine, CA  92614
6  Telephone:   (949) 851-3939
   Facsimile:    (949) 553-7539
7
   Attorneys for Plaintiffs
8  5TH AVENUE PARTNERS, LLC, STEVE REBEIL,
   AND TOM BENJAMIN
9

10                     **UNITED STATES DISTRICT COURT**

11                    **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10,<br><br>                    Defendants. | Case No. 08-CV0118-BTM (BLM)<br><br>Assigned for all purposes to:<br>Judge Barry Ted Moskowitz<br><br>**PROOF OF SERVICE** |

LAI-2946032v1

**CERTIFICATE OF SERVICE**

I, Kim Sarshar, declare, I am a citizen of the United States and employed in Orange, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On April 25 ,2008, I served a copy of the within document:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**DECLARATION OF STEVE REBEIL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**DECLARATION OF CORBETT H. WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**BY ELECTRONIC FILING**: I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

    Graham B. Lippsmith
    Girardi and Keese
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    E-mail: gsmith@girardikeese.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

LAI-2946032v1

1

08cv0118

1 | Executed on April 25, 2008, at Irvine, California.

```
                                              s/Kim Sarshar
                                    Kim Sarshar
                                    E-mail:  klsarshar@jonesday.com
```