Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Corbett H. Williams (State Bar No. 246458)
chwilliams@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Plaintiffs
5TH AVENUE PARTNERS, LLC, STEVE REBEIL,
AND TOM BENJAMIN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10.,<br><br>　　　　　Defendants. | Case No. 08-CV0118-BTM (BLM)<br><br>Assigned for all purposes to:<br>Judge Barry Ted Moskowitz<br><br><br>**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT SET FOR HEARING ON MAY 9, 2008** |

LAI-2947666v1

1  Pursuant to Local Rule 7.1(d), plaintiffs 5th Avenue Partners, LLC, Steve Rebeil and Tom
2  Benjamin respectfully request oral argument on Defendants' Motion to Dismiss Plaintiffs' First
3  Amended Complaint for Improper Venue or, in the Alternative, to Stay Case or Transfer Case to
4  The United States District Court for the Southern District of Florida, scheduled for hearing on
5  May 9, 2008 at 11:00 a.m.

7  Dated: May 5, 2008                                         JONES DAY

9                                                             By:  /s Corbett H. Williams
                                                                  Corbett H. Williams
10
11                                                            Attorneys for Plaintiffs
                                                              5TH AVENUE PARTNERS, LLC, STEVE
12                                                            REBEIL, AND TOM BENJAMIN

LAI-2947666v1                                 1                                    08cv0118

<u>CERTIFICATE OF SERVICE</u>

I, Kim Sarshar, declare, I am a citizen of the United States and employed in Orange, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On May 5, 2008, I served a copy of the within document:

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT SET FOR HEARING ON MAY 9, 2008**

**BY ELECTRONIC FILING**: I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

> Graham B. Lippsmith
> Girardi and Keese
> 1126 Wilshire Boulevard
> Los Angeles, CA 90017-1904
> E-mail: gsmith@girardikeese.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 5, 2008, at Irvine, California.

*/s/ Kim Sarshar*
Kim Sarshar

LAI-2947666v1

08cv0118

1