GIRARDI & KEESE
THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211 (Telephone) - (213) 481-1554 (Facsimile)

Attorneys for Defendants THE SETAI GROUP LLC, JONATHAN BREENE and JOHN CONROY

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5TH AVENUE PARTNERS, LLC, STEVE REBEIL, an individual, and TOM BENJAMIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE SETAI GROUP, LLC, JONATHAN BREENE, an individual, JOHN CONROY, an individual, and DOES 1-10, <br><br> Defendants. | Case No. 08-CV0118-BTM (BLM) <br><br> The Honorable Barry Ted Moskowitz <br><br> **CERTIFICATE OF SERVICE** <br><br> Date:   May 9, 2008 <br> Time:   11:00 a.m. <br> Dept.:   15 <br><br> **No oral argument unless requested by Court** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017.

On May 2, 2008, I served the foregoing document described as:

**REPLY IN RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY CASE OR TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

on interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Stephen Mark Silver** | **Corbett Hood Williams** |
| Jones Day | Jones Day |
| 3 Park Plaza | 3 Park Plaza |
| Suite 1100 | Suite 1100 |
| Irvine, CA 92614-6232 | Irvine, CA 92614 |
| (949)851-3939 | (949)851-3939 |
| (949)553-7539 (fax) | (949)553-7539 (fax) |
| stephenmarksilver@yahoo.com | chwilliams@jonesday.com |

[X]   (BY ELECTRONIC SERVICE)

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 7, 2008 at Los Angeles, California.

                                             s/   Graham B. LippSmith
                                                Graham B. LippSmith