1  Thomas R. Malcolm (State Bar No. 39248)
   trmalcolm@jonesday.com
2  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  Corbett H. Williams (State Bar No. 246458)
   chwilliams@jonesday.com
4  JONES DAY
   3 Park Plaza
5  Suite 1100
   Irvine, CA  92614
6  Telephone:     (949) 851-3939
   Facsimile:     (949) 553-7539
7
   Attorneys for Plaintiffs
8  5TH AVENUE PARTNERS, LLC, STEVE REBEIL,
   AND TOM BENJAMIN
9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12

13  **5TH AVENUE PARTNERS, LLC, a**         Case No. 08-CV0118-BTM (BLM)
    **California Limited Liability Company,**
14  **STEVE REBEIL, and TOM BENJAMIN,**     Assigned for all purposes to:
    **an individual,**                      Judge Barry Ted Moskowitz
15
                    **Plaintiffs,**          **JOINT MOTION FOR DISMISSAL**
16
17         v.

18  **THE SETAI GROUP, LLC,  a New York**
    **Limited Liability Company, JONATHAN**
19  **BREENE, an individual, JOHN CONROY**
    **an individual, and DOES 1-10,**
20
                    **Defendants.**

21

22         WHEREAS, the parties to the above-captioned action ("Action"), 5th Avenue Partners,

23  LLC, Steve Rebeil, Tom Benjamin, The Setai Group, LLC, Jonathan Breene, and John Conroy

24  (collectively "Parties") have entered into a Settlement Agreement disposing of all claims in the

25  Action.

26         WHEREAS, the Parties agree that pursuant to the Parties' Settlement Agreement, that the

27  Action shall be dismissed in its entirety, including all claims, with prejudice.

28         NOW, THEREFORE, the Parties, through counsel, stipulate and agree that this matter

LAI-2957988v1                                    Joint Motion for Dismissal 08-CV0118-BTM
                                                                                  (BLM)

1   shall be dismissed with prejudice, as to all Parties, all complaints, and as to all causes of action,

2   that the parties bear their own attorneys' fees and costs and this Action be closed.

3          SO STIPULATED.

4

5   Dated: June 26, 2008

6                                                 Jones Day

7

8                                                 By:   /s/ John A. Vogt
                                                      _____
9                                                       John A. Vogt

10                                                Counsel for Plaintiffs
                                                 5TH AVENUE PARTNERS, LLC, STEVE
11                                               REBEIL, AND TOM BENJAMIN

12  Dated: June 26, 2008

13                                                Girardi & Keese

14

15                                                By:   /s/ Graham B. Lippsmith
                                                      _____
16                                                     Graham B. Lippsmith

17                                                Counsel for Defendants
                                                 THE SETAI GROUP, LLC, JONATHAN
18                                                BREENE, AND JOHN CONROY

19

20

21

22

23

24

25

26

27

28