Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Corbett H. Williams (State Bar No. 246458)
chwilliams@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA  92614
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Plaintiffs
5TH AVENUE PARTNERS, LLC, STEVE REBEIL,
AND TOM BENJAMIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **5TH AVENUE PARTNERS, LLC, a California Limited Liability Company, STEVE REBEIL, and TOM BENJAMIN, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE SETAI GROUP, LLC, a New York Limited Liability Company, JONATHAN BREENE, an individual, JOHN CONROY an individual, and DOES 1-10,**<br><br>Defendants. | Case No. 08-CV0118-BTM (BLM)<br><br>Assigned for all purposes to:<br>Judge Barry Ted Moskowitz<br><br>**ORDER OF DISMISSAL** |

1  **ORDER**

2  Pursuant to the parties' Joint Motion for Dismissal, and good cause having been shown,

3  IT IS HEREBY ORDERED that this action be dismissed with prejudice, as to all parties,

4  all complaints, and as to all causes of action, that the parties bear their own attorneys' fees and

5  costs and this Action be closed.

6  SO ORDERED.

7

8

9  July 9, 2008

*[signature]*
United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAI-2958005v1

[Proposed] Order of Dismissal 08-CV0118-BTM (BLM)

1